

# Fourth Court of Appeals
## San Antonio, Texas

December 23, 2019

No. 04-19-00858-CV

**SOUTHCROSS CCNG TRANSMISSION, LTD.,**
Appellant

v.

Ivy **GONZALEZ** on behalf of M.R. and M.N. Gonzalez, minor children; Amy Gonzalez, as co-representative of the estate of Jesus Gonzalez, Jr. for and on behalf of M.R. Gonzalez and M.N. Gonzalez, minor children; and Amy Gonzalez and Jesus Gonzalez., Sr.,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-18-82 and DC-18-83
Honorable Baldemar Garza, Judge Presiding

# O R D E R

On December 10, 2019, Southcross CCNG Transmission Ltd. petitioned this court for permission to appeal an interlocutory order that is not otherwise appealable. *See* TEX. R. APP. P. 28.3(a). A response was due on December 20, 2019. *See id.* R. 28.3(f); *id.* R. 4.1(a).

On the due date, Respondents moved this court for a twenty-one-day extension of time to file a response to the petition. *See* TEX. R. APP. P. 28.3(f).

Respondents' motion is GRANTED; the response must be filed with this court by January 10, 2020. *See id.*

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court